UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETITIA JAMES, Attorney General of the State of New York on behalf of the People of the State of New York,

Plaintiff,

v.

QCX LLC d/b/a POLYMARKET US,

Defendant.

26-CV-8338 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within seven days, the parties in this case and in the related case *QCX LLC v. James*, No. 26-CV-8345, confer and submit a joint letter advising the Court on whether they seek to proceed to an initial status conference, or to stay proceedings pending the resolution of *KalshiEX LLC v. Williams*, No. 26-1835 (2d Cir. appeal docketed July 8, 2026); *KalshiEx LLC v. Cafferelli*, No. 26-2239 (2d Cir. appeal docketed Aug. 12, 2026); and *Coinbase Financial Markets, Inv. v. Tong*, No. 26-2297 (2d Cir. appeal docketed Aug. 17, 2026).

SO ORDERED.

Dated: September 30, 2026
New York, New York

Ronnie Abrams
United States District Judge