UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETITIA JAMES, Attorney General of the State of New York on behalf of the People of the State of New York,

Plaintiff,

v.

QCX LLC d/b/a POLYMARKET US,

Defendant.

26-CV-8338 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' joint letter, Dkt. 17, in response to the Court's September 30, 2026 Order, Dkt. 7. The parties shall confer and propose a briefing schedule for Plaintiff's motion to remand, Dkt. 14. Unless the parties request otherwise, no initial status conference shall be scheduled pending resolution of such motion.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Ronnie Abrams
United States District Judge